**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Damarius ORNELAS–CASTRO,**
**Defendant–Appellant.**

No. 07–11205
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 20, 2009.

Rick Calvert, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Juan Luis Burgos–Gandia, Dallas, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Damarius Ornelas–Castro has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ornelas–Castro has not filed a response, though she moves for appointment of new counsel. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See*

---

5TH CIR. R. 42.2. Ornelas–Castro's motion for appointment of counsel also is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.